IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00266-RJC-SCR

| | |
|---|---|
| USA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALVARO ARIAS-MOJARRO (1), )<br>MARGARITA CARRILLO-LOPEZ (4), )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 257), the Indictment, (Doc. No. 66), without prejudice as to Alvaro Arias-Mojarro and Margarita Carrillo-Lopez. Since the return of the Indictment in 2017, the defendants have never appeared in court.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 257), is **GRANTED** and the Indictment, (Doc. No. 66), is **DISMISSED** as to Alvaro Arias-Mojarro and Margarita Carrillo-Lopez without prejudice.

Signed: March 26, 2024

Robert J. Conrad, Jr.
United States District Judge